UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SEGUNDO I.,                                      Case No. 26-CV-0467 (PJS/DTS)

           Petitioner,

v.                                                                      ORDER

U.S. DEPARTMENT OF HOMELAND
SECURITY; IMMIGRATION AND
CUSTOMS ENFORCEMENT (ICE); and
WARDEN, FREEBORN ADULT
DETENTION CENTER,

           Respondents.

---

A few days ago, the Court granted the petition for a writ of habeas corpus of petitioner Segundo I. and directed that he be released from custody. *See Segundo I. v. Bondi*, No. 26-CV-0234 (PJS/ECW), ECF No. 8 (D. Minn. Jan. 17, 2026). Segundo has since been released from jail. Before he was released from jail, however, Segundo mailed to the Court a second petition for a writ of habeas corpus. In that second habeas petition (the habeas petition that commenced this action), Segundo requested the same relief that he sought in the first proceeding: release from custody following his recent arrest and detention by Immigration and Customs Enforcement. By the time the Court received the second petition, however, Segundo had already been released.

This action is both moot and duplicative. Segundo has already been granted through his first habeas petition the relief that he seeks in his second habeas petition. If the Court were to grant Segundo's second habeas petition, absolutely nothing about his current condition would change. "This is the very definition of mootness." *Kargbo v. Brott*, No. 15-CV-2713 (PJS/LIB), 2016 WL 3676162, at *2 (D. Minn. July 6, 2016). To the extent that ancillary litigation is necessary regarding whether respondents have adequately complied with the Court's order granting habeas corpus relief in the earlier proceeding, that litigation can be conducted within the earlier proceeding, rather than through a separate action.

Because this action is moot, it will be dismissed without prejudice for lack of jurisdiction.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT this matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2026         /s/ Patrick J. Schiltz
                                Patrick J. Schiltz, Chief Judge
                                United States District Court