# UNITED STATES DISTRICT COURT
## District of Minnesota

Segundo Eduardo Inga Capito,

Petitioner,

v.

U.S. Department of Homeland Security,
Immigration and Customs Enforcement,
Warden, Freeborn Adult Detention Center,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-467 (PJS/DTS)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is DISMISSED WITHOUT PREJUDICE.

Date: 1/21/2026

KATE M. FOGARTY, CLERK